In the Matter of SUBURBAN PARK DEVELOPMENT ASSOCIATION, LLC, Appellant, v TOWN OF MANLIUS et al., Respondents. [978 NYS2d 707]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered February 5, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Sconiers and Whalen, JJ.